450 F.2d 1119
 79 L.R.R.M. (BNA) 2192, 67 Lab.Cas. P 12,295
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
Wayne R. SHERWOOD, dba Grounds Service, Respondent.
 No. 26596.
 United States Court of Appeals,
Ninth Circuit.
 Dec. 10, 1971.
Rehearing Denied Feb. 9, 1972.
 
 Ronald I. Tish (argued), N.L.R.B., Arnold Ordman, Gen. Counsel, N.L.R.B., Dominick L. Manoli, Assoc. Gen. Counsel, N.L.R.B., Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., William F. Wachter, N.L.R.B., Washington, D. C., Roy O. Hoffman, Reg. Director, N.L.R.B., San Francisco, Cal., for petitioner.
 Thomas Salciccia (argued), San Jose, Cal., for respondent.
 Before CHAMBERS, CARTER and WRIGHT, Circuit Judges.
 PER CURIAM:
 
 
 1
 The proposed decree of the Board will be enforced.
 
 
 2
 There were substantial fact questions which were resolved against Grounds Service. This resolution we cannot disturb.